IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP YOUTIE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MACY'S RETAIL HOLDING, INC., and | : | NO. 07-3182 |
| MACY'S, INC. | : | |

ORDER

AND NOW, this     31st     day of August 2009, upon consideration of David's Bridal's motion to intervene (D. No. 81), plaintiff Philip Youtie's response and David's Bridal's reply thereto, and for the reasons set forth in the accompanying memorandum of law, it is hereby ORDERED that David's Bridal's motion is DENIED.

   /s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.