IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP YOUTIE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MACY'S RETAIL HOLDING, INC., and | : | NO. 07-3182 |
| MACY'S, INC. | : | |

## ORDER

AND NOW, this   31st   day of August 2009, upon consideration of defendants Macy's Retail Holding, Inc., and Macy's Inc.'s motion for attorneys' fees and costs, plaintiff Philip Youtie's response, defendants' reply and supplemental filing and plaintiff's response thereto, and for the reasons stated in the foregoing memorandum, it is hereby ORDERED that defendants' motion is DENIED.

  /s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.